**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 12, 2018.**



_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| Sergio Garcia | * | |
| | * | BANKRUPTCY NO. 17-31981-HCM |
| Debtor(s) | * | |
| | * | |

### AGREED ORDER FOR OBJECTION TO CONFIRMATION (DOCKET NO. 15)

COMES NOW, Ditech Financial ("Creditor"), and files this Agreed Order for the Objection to Confirmation of Chapter 13 Plan. The Creditor and Debtor have expressly agreed, as evidenced by their signatures affixed hereto, that the claim by the Creditor shall be included in the full amount of $10,625.79 shall be paid through the Chapter 13 Plan. The Creditor and Debtor agree that the claim shall be addressed at the entry of the Order Confirming the Chapter 13 Plan. The Debtors reserve the right to file a timely objection.

# # #

Prepared by: TANZY & BORREGO LAW OFFICES
Edgar J. Borrego/Miguel A. Flores/Marissa A. Hackert
2610 Montana Avenue
El Paso, TX 79903
(915) 566-4300

Agreed to by:

_____
Edgar J. Borrego
State Bar No. 0078710
Attorney for the Debtor

___/s/ Jeffry B. Lewis____
Jeffry B. Lewis
State Bar No. 12290000
Attorney for Ditech Financial LLC